UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---------------------------------------------------------------

**ZUFFA, LLC, d/b/a THE ULTIMATE**
**FIGHTING CHAMPIONSHIP (UFC),**

> Plaintiff,

-against-

JOHN TCHIDA, Individually, and as officer,
director, shareholder, and/or principal of
CHEETAH INC., d/b/a CHEETAH'S BAR,

and

CHEETAH INC., d/b/a CHEETAH'S BAR,

> Defendants.

---------------------------------------------------------------

**STIPULATION OF SETTLEMENT**
**AND DISMISSAL**

Civil Action No. 1:12-CV-01014-CBK

**PLEASE TAKE NOTICE THAT** the parties herein have compromised the within and foregoing action, and no party named herein being an infant or incompetent, notify the Court of the settlement of the above-styled action and hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41 without prejudice to the right of counsel to move for reinstatement within sixty (60) days upon a presentation of adequate proof that the settlement could not be consummated.

Dated: October 12, 2012
     Aberdeen, South Dakota

By: _M.M.P.L. for_

Richard A. Sommers, Esq.
Attorney for Defendants
Bantz, Gosch & Cremer, L.L.C.
305 Sixth Avenue, S.E., P.O. Box 97
Aberdeen, SD 57402
Telephone: (605)225-2232
Email: rsommers@bantzlaw.com

By: _Zachary W. Peterson_

Zachary W. Peterson, Esq.
Resident Counsel for Plaintiff
SD Bar Roll No. 3436
Richardson, Wyly, Wise, Sauck & Hieb, LLP
One Court St., P.O. Box 1030
Aberdeen, SD 57402-1030
Telephone:  (605)225-6310
Facsimile:  (605)225-2743
Email: zpeterson@rwwsh.com

OF COUNSEL:
JULIE COHEN LONSTEIN, ESQ.
LONSTEIN LAW OFFICE, P.C.
80 North Main Street, P.O. Box 351
Ellenville, New York   12428
Telephone: (845)647-8500
Facsimile: (845)647-6277
Email: Legal@signallaw.com
*Our File No. 10-28SD-05*