

**FILED**
OCT 16 2012

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

**ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC),**

          Plaintiff,

-against-

JOHN TCHIDA, Individually, and as officer, director, shareholder, and/or principal of CHEETAH INC., d/b/a CHEETAH'S BAR,

and

CHEETAH INC., d/b/a CHEETAH'S BAR,

          Defendants.

**ORDER**

Civil Action No. 1:12-CV-01014-CBK

---

Based upon the Stipulation of the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above-styled action is dismissed without prejudice to the right of counsel to move for reinstatement within sixty (60) days upon a presentation of adequate proof that the settlement could not be consummated.

Dated this 16th day of October, 2012

BY THE COURT:

_____
CHARLES B. KORNMANN
United States District Judge

ATTEST:

\_\_\_\_Joseph A. Haas\_\_\_\_
Clerk of Courts

By _____ Deputy